# IN THE UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STATE OF ARKANSAS**

**v.**                                   **4:10CM00023-WRW**

**STACY ABRAM, IV**

## ORDER

Mr. Abram's Motion to Proceed *In Forma Pauperis* (Doc. No. 2), Motion to Appoint Counsel (Doc. No. 3), and Motion for Reconsideration (Doc. No. 1) are DENIED, for the same reasons that were set out in the March 18, 2010, Order remanding the case to state court in *State of Arkansas v. Abram*.[1]

IT IS SO ORDERED this 1st day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] No. 4:10-CM-00019-WRW (filed March 11, 2010), Doc. No. 5.